## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-09780 JAK (Ex) | Date | August 2, 2012 |
|---|---|---|---|
| Title | Robert White v. Hartford Life and Accident Insurance Company, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:     (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On August 1, 2012 Plaintiff filed "Notice of Settlement" (Dkt. 18). The Court sets an Order to Show Cause re Dismissal for September 10, 2012 at 1:30 p.m. If the parties file a dismissal by September 6, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The August 6, 2012 Post Mediation Status Conference and October 22, 2012 hearing on the administrative record are vacated.

**IT IS SO ORDERED.**

                                                              :
                                        Initials of Preparer    ak